American Association of Health Plans, Inc., et al., and ERISA Industry Committee for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 00–948. UNITED AIRLINES, INC. *v.* FRANK ET AL. C. A. 9th Cir. Motions of Council for Employment Law Equity and Equal Employment Advisory Council for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 00–1102. BAWAZIR *v.* MAHFOUZ. Ct. App. Wash. Motion of petitioner for leave to lodge documents under seal granted. Certiorari denied. ▮

No. 00–8525. FISHER *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. ▮

No. 00–900. FULTZ *v.* ABB POWER T & D, INC., ET AL., 531 U. S. 1080;

No. 00–913. KERSEY *v.* CRANE ET AL., 531 U. S. 1127;

No. 00–6411. DAWLEY *v.* MANGEL, 531 U. S. 1021;

No. 00–6716. MILLER *v.* GOBER, ACTING SECRETARY OF VETERANS AFFAIRS, 531 U. S. 1026;

No. 00–6754. IN RE GREGORY, 531 U. S. 1009;

No. 00–6809. TRAINER *v.* STILLS, 531 U. S. 1087;

No. 00–6810. VAUGHN *v.* JACKSON, WARDEN, 531 U. S. 1087;

No. 00–6881. JONES *v.* POWELL ET AL., 531 U. S. 1089;

No. 00–6942. SHIVAEE *v.* CUBE, 531 U. S. 1091;

No. 00–6984. IN RE COTHRUM, 531 U. S. 1111;

No. 00–7118. WATLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 531 U. S. 1116; and

No. 00–7361. PURDLE *v.* GROESCH, WARDEN, 531 U. S. 1130. Petitions for rehearing denied.

No. 99–2041. VALLONE *v.* UNITED STATES, 531 U. S. 825. Motion for leave to file petition for rehearing denied.